

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause number:              01-14-00207-CV

Style:                   Ellen Lumenta, Individually and as Personal Representative of the Estate of Roy Meyers

Revelino Nawawi, Deceased v. Bell Helicopter Textron, Inc., Bell Helicopter Korea Inc.,

Bell Helicopter Corporation, Bell Helicopter International Inc., Bell Helicopter International

Sales Corporation, Pratt & Whitney and United Technologies Corporation

Date motion filed:     June 16, 2014

Type of motion:       Second Unopposed Motion for Extension of Time to File Brief

Party filing motion:    Appellant

Documents to be filed:  Appellant's Brief

Is appeal accelerated?     No

If motion to extend time:

        Original due date:             April 16, 2014

        Number of previous extensions granted:      1     Current Due date:  June 16, 2014

        Date Requested:            June 23, 2014

Ordered that motion is:

      ☑      Granted

              If document is to be filed, document due:  **June 23, 2014**

             ☑     **Absent extraordinary circumstances, the Court will not grant additional motions to extend time.**

      ☐      Denied

      ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

      ☐      Other: _____

_____

_____

_____

_____

Judge's signature:  /s/ Terry Jennings
                      ☑ Acting individually    ☐ Acting for the Court

Date: June 26, 2014